# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETWORK TALLAHASSEE, INC.,

    Plaintiff,

v.                                                         CASE NO. 4:10cv38-RH/WCS

EMBARQ CORPORATION et al.,

    Defendants.

_____/

## ORDER EXTENDING THE DEADLINE
## TO RESPOND TO THE COMPLAINT

The motion of the defendants Embarq Corporation and Sprint Nextel Corporation (document 23) to extend the deadline to respond to the amended complaint is GRANTED. The deadline is extended to April 26, 2010.[1]

SO ORDERED on April 18, 2010.

                                                s/Robert L. Hinkle
                                                United States District Judge

---

[1] Because of the need for a prompt ruling, this order has been entered without awaiting the plaintiff's response to the motion. If the plaintiff files an emergency motion for reconsideration, the matter will be reconsidered *de novo*. This order will remain in effect unless and until reconsidered on such a motion.