# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

NETWORK TALLAHASSEE, INC., etc.,

      Plaintiff,

v.                                         CASE NO.  4:10cv38-RH/WCS

EMBARQ CORPORATION et al.,

      Defendants.

_____/

## ORDER DENYING THE MOTIONS TO STRIKE THE JURY DEMAND

The plaintiff has demanded a trial by jury "on all issues so triable."  Am. Compl. (document 19) at 44; Compl. (document 1) at 22.  The defendants have moved to strike the jury demand on the ground that the plaintiff contractually waived any right to a jury trial.

For two reasons, the case may be tried to a jury.  First, the case as ultimately presented may include issues on which a party has a jury right that has not been waived.  Second, I may elect to empanel an advisory jury, even if there is no jury right.

The jury demand puts the defendants on notice that the plaintiff seeks a jury

trial "on all issues so triable."  The demand will not be struck.

For these reasons,

IT IS ORDERED:

The defendants' motions (documents 39, 40, 46, 47, and 60) to strike the plaintiff's jury demand are DENIED without prejudice.

SO ORDERED on May 25, 2010.

s/Robert L. Hinkle_____
United States District Judge