*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETWORK TALLAHASSEE, INC., etc.,

      Plaintiff,

v.                                      CASE NO. 4:10cv38-RH/WCS

EMBARQ CORPORATION et al.,

      Defendants.

_____/

## ORDER DENYING AS MOOT THE MOTIONS TO
## STRIKE THE ATTORNEY'S-FEE DEMAND

The defendants having withdrawn their demand for attorney's fees, the motions to strike the demands (documents 58 & 61) are DENIED as moot.

SO ORDERED on June 13, 2010.

                                                s/Robert L. Hinkle
                                                United States District Judge