IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETWORK TALLAHASSEE, INC.,

    Plaintiff,

v.                                              CASE NO. 4:10cv38-RH/WCS

EMBARQ CORPORATION et al.,

    Defendants.

_____/

**ORDER ON CLASS-CERTIFICATION DEADLINE**

The parties moved to extend the deadline for a class-certification motion to November 9, 2010, but two days after filing the extension motion, the plaintiff filed a class-certification motion, thus apparently rendering the extension motion moot. Accordingly,

    IT IS ORDERED:

To the extent it is not moot, the motion to extend the deadline for a class-certification motion, ECF No. 80, is GRANTED, and the deadline is extended to November 9, 2010.

    SO ORDERED on October 19, 2010.

                                                   s/Robert L. Hinkle
                                                   United States District Judge