# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NETWORK TALLAHASSEE, INC., etc.,

      Plaintiff,

v.                                CASE NO. 4:10cv38-RH/WCS

EMBARQ CORPORATION et al.,

      Defendants.

_____/

## **ORDER OF DISMISSAL**

IT IS ORDERED:

1. The joint motion for voluntary dismissal of the claims against specified defendants, ECF No 78, is GRANTED.

2. All claims against these defendants are dismissed without prejudice:

- Carolina Telephone And Telegraph Co., LLC, d/b/a Embarq

- Central Telephone Co., d/b/a Embarq

- Central Telephone Co. of Texas, d/b/a Embarq

- United Telephone Co. of Texas, Inc., d/b/a Embarq

- Central Telephone Co. of Virginia d/b/a Embarq

- United Telephone Southeast Inc., d/b/a Embarq

- Embarq Minnesota, Inc.

- Embarq Missouri, Inc.

- The United Telephone Co. of Pennsylvania, LLC, d/b/a Embarq

- United Telephone Co. of Eastern Kansas d/b/a Embarq

- United Telephone Co. of Kansas, d/b/a Embarq

- United Telephone Co of South Central Kansas, d/b/a Embarq

- United Telephone Co. of the Carolinas LLC, d/b/a Embarq

- United Telephone Co. of Indiana, Inc., d/b/a Embarq

- United Telephone Co. of New Jersey, Inc., d/b/a Embarq

- United Telephone Co. of Ohio, d/b/a Embarq

- United Telephone Co. of the Northwest, d/b/a Embarq

- United Telephone Co. of the West, d/b/a Embarq

3. I do not direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

4. The claims against the other defendants remain pending.

SO ORDERED on October 19, 2010.

                                               s/Robert L. Hinkle
                                               United States District Judge