IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETWORK TALLAHASSEE, INC.,

    Plaintiff,

v.                                    CASE NO. 4:10cv38-RH/WCS

EMBARQ CORPORATION et al.,

    Defendants.

_____/


**ORDER ALLOWING MEMORANDUM OF EXCESSIVE LENGTH**

    The defendants' consented motion, ECF No. 112, to file a memorandum of excessive length in opposition to the plaintiff's class-certification motion is GRANTED. The defendants' memorandum, ECF No. 113, is accepted as filed.

    SO ORDERED on December 1, 2010.

                                            s/Robert L. Hinkle
                                            United States District Judge