IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NETWORK TALLAHASSEE, INC.,

    Plaintiff,

v.        CASE NO. 4:10cv38-RH/WCS

EMBARQ CORPORATION et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

The parties have stipulated for dismissal with prejudice. *See* ECF No. 161. Accordingly,

IT IS ORDERED:

The clerk must enter judgment stating, "This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)." The clerk must close the file.

SO ORDERED on July 18, 2011.

                                        s/Robert L. Hinkle
                                        United States District Judge